SOLOMON L. PAKAS, Appellant and Respondent, *v.* FRANK C. HURLEY, Respondent and Appellant.

*Pakas* v. *Hurley*, 154 App. Div. 503, affirmed.
(Submitted May 10, 1915; decided May 25, 1915.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 14, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for the alleged conversion by defendant of moneys belonging to plaintiff collected by defendant as rents of stores and apartments in the building known as Hotel Orleans, situate at the southwest corner of Eightieth street and Columbus avenue in the borough of Manhattan in the city of New York, for the month of July, 1908, and for obtaining and converting moneys belonging to plaintiff, as proprietor of said Hotel Orleans, owing from tenants for the month of June, 1908.

*John Arthur Corbin* for plaintiff, appellant and respondent.

*William L. Stone* and *Albert I. Sire* for defendant, respondent and appellant.

Judgment affirmed, without costs to either party in this court; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.